## TA INSTRUMENTS, INC., Plaintiff–Appellee,

v.

## THE PERKIN–ELMER CORPORATION, Defendant–Appellant.

### No. 03–1501.

United States Court of Appeals, Federal Circuit.

May 5, 2004.

Lawrence J. Gotts, Principal Attorney, Elizabeth Roesel, Of Counsel, Aslan Baghdadi, Of Counsel, David C. Isaacson, Of Counsel, Shaw Pittman, McLean, VA, for Plaintiff–Appellee.

Walter E. Hanley, Jr., Principal Attorney, James Galbraith, Of Counsel, Jeffrey S. Ginsberg, Of Counsel, Kenyon & Kenyon, New York, NY, Mark M. Supko, Of Counsel, Kenyon & Kenyon, Washington, DC, for Defendant–Appellant.

Before CLEVENGER, RADER, and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.